MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
PETE REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26mj317 JCB |
| Plaintiff, | COMPLAINT |
| vs. | Count I: 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute (> 100 grams) |
| JOSE ANTONIO LOPEZ-GARCIA, | |
| Defendant. | Judge Jared C. Bennett |

Before Judge Jared C. Bennett, United States Magistrate Judge for the District of Utah,

appears the undersigned, who on oath deposes and says:

**COUNT I**
21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about April 15, 2026, in the District of Utah,

JOSE ANTONIO LOPEZ-GARCIA,

defendant herein, did knowingly and intentionally possess with intent to distribute one hundred

(100) grams or more of a mixture or substance containing a detectable amount of Heroin, a

Schedule I controlled substance, within the meaning of 21 U.S.C. § 812, all in violation of 21

U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

1

## ELEMENTS

The elements of Count I, Possession of Heroin with Intent to Distribute, a violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812;

2. He did so knowingly and intentionally;

3. At the time the defendant possessed the mixture or substance containing Heroin, he intended to distribute it; and

4. The amount of Heroin he intended to distribute was 100 grams or more.

## STATEMENT OF PROBABLE CAUSE

Complainant, Holden Fielding, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1. Your affiant, Holden Fielding, is a Special Agent with the Department of Homeland Security Investigations and is currently assigned as a liaison with the Utah County Major Crimes Taks Force (UCMC) and is tasked with investigating drug trafficking in the District of Utah.

2. On April 15, 2026, law enforcement made contact with a vehicle illegally parked in a handicap parking spot at a gas station in Midvale, Utah. The driver and sole occupant of the vehicle was identified as JOSE ANTONIO LOPEZ-GARCIA (LOPEZ-GARCIA).

3. A K9 was deployed on LOPEZ-GARCIA's vehicle and alerted to the presence of narcotics. A search of the vehicle revealed approximately 454 grams of a brown/black substance that field-tested positive for the presence of heroin. The heroin was packaged in several different weight quantities, indicating it was prepared for distribution. Law enforcement also found a

2

money wire transfer receipt, showing money being sent to Sinaloa, Mexico. A handwritten ledger of what appeared to be drug transactions was also found.

4.    Based on training and experience, I know that the quantity of heroin seized from LOPEZ-GARCIA is consistent with distribution as opposed to personal use.

5.    Based on the foregoing information, I respectfully request an arrest warrant be issued for LOPEZ-GARCIA for violations of 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute.

/s/ *Holden Fielding*

_____

Holden Fielding
Special Agent, HSI


SUBSCRIBED AND SWORN TO BEFORE ME this 17th day of April 2026.

_____
 Jared C. Bennett
United States Magistrate Judge

APPROVED AS TO FORM:

MELISSA HOLYOAK
First Assistant United States Attorney

/s/ *Peter Reichman*

_____
Peter Reichman
Special Assistant United States Attorney


3